IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO ALCANTARA, on behalf of himself and others similarly situated, known and unknown,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OSCAR JURADO d/b/a JURADO'S DECORATING,<br><br>　　　　　　Defendant. | No. 07 C 1865<br><br>Judge St. Eve<br>Magistrate Judge Cole |

**PLAINTIFF'S FED. R. CIV. P. 12(c) MOTION FOR JUDGMENT ON DEFENDANT'S THIRD AFFIRMATIVE DEFENSE**

Plaintiff, pursuant to Fed. R. Civ. P. 12(c), respectfully moves this Court for an Order striking Defendants' Third Affirmative Defense relating to Plaintiff's immigration status in the United States. In support of his motion, Plaintiff submits the attached supporting memorandum of law.

Respectfully submitted,

Dated: July 6, 2007

　　　　　　　　　　　　　　　　　　s/John E. Untereker
　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

Christopher J. Williams
John E. Untereker
Workers' Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 795-9115

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, IL 60602
(312) 419-1008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Fed.R.Civ.P.12(c) Motion for Judgment on Defendant's Third Affirmative Defense** was served via electronic mail on July 6, 2007 on:

Stephen L. Tyma
Stephen L. Tyma P.C.
105 West Madison Street, Ste 2200
Chicago, IL 60602

s/John E. Untereker
Workers' Law office P.C
77 W. Washington, Suite 1402
Chicago, IL 60602
312-419-1008